FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2022

No. 04-22-00004-CV

**RATTLESNAKE RIDGE VENTURES, LLC**,
Appellant

v.

Alicia **ORTIZ**, Individually and as Next Friend of M.D.M. and A.D.M.,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-21-372
Honorable Baldemar Garza, Judge Presiding

# O R D E R

This is an appeal from an interlocutory order. On February 7, 2022, appellant Rattlesnake Ridge Ventures, LLC filed a Rule 29.6 Motion to Review Order Granting Motion to Show Authority. The motion asks this court to review an order the trial court entered after appellant filed its notice of appeal. After consideration, we **order** the motion carried with the appeal.

It is so **ORDERED** on March 3, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT